United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50373
Conference Calendar

_____

SUE WALSTON,

Plaintiff-Appellant,

versus

WILLIAM R. VANCE, In his official capacity as Justice of the
State Court of Appeals for the Tenth District of Texas; STATE OF
TEXAS, SUPREME COURT OF TEXAS,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-03-CV-13
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Sue Walston appeals the district court's dismissal of a
complaint challenging the constitutionality of Texas' procedures
governing judicial elections and requesting damages that include
federal injunctive and declaratory relief prohibiting Texas
judges from presiding over certain cases.  The district court did
not err in holding that the federal relief Walston requests is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

barred by the Rooker-Feldman[**] doctrine.  See Matter of

Reitnauer, 152 F.3d 341, 344 (5th Cir. 1998).

AFFIRMED.

---

[**] District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 & 482 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415 (1923).